UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RONALD NICHOLAS, JR.                                      CIVIL ACTION

VERSUS                                                    NO. 20-1968

SOCIAL SECURITY ADMINISTRATION                            SECTION M (5)

## ORDER

Having considered the parties' motions for summary judgment,[1] the record, the applicable law, the magistrate judge's Report and Recommendation ("R&R"),[2] and the failure of plaintiff Ronald Nicholas, Jr., to file any objections to the R&R, the Court hereby approves the R&R and adopts it as its opinion herein. Accordingly,

IT IS ORDERED that Nicholas's motion for summary judgment is denied, that defendant Social Security Administration's motion for summary judgment is granted, and that Nicholas's suit is dismissed with prejudice.

New Orleans, Louisiana, this 17th day of March, 2023.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Docs. 27; 31.
[2] R. Doc. 33.